IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, Individually and as Successor-In-Interest to Buffalo Pumps, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on Ronald A. Charlot's Application for Admission to Practice *Pro Hac Vice* of Richard A. Farrier. It appearing that Richard A. Farrier is a member in good standing with the South Carolina State Bar and will be appearing with Ronald A. Charlot, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Ronald A. Charlot's Application for Admission to Practice Pro Hac Vice (#56) of Richard A. Farrier is **GRANTED**,

and that Richard A. Farrier is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Ronald A. Charlot.

Signed: August 4, 2015

Dennis L. Howell
United States Magistrate Judge