# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, Individually and as Successor-In-Interest to Buffalo Pumps, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on Jason R. Benton's Application for Admission to Practice *Pro Hac Vice* of Matthew Culp. It appearing that Matthew Culp is a member in good standing with the Missouri State Bar and will be appearing with Jason R. Benton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Jason R. Benton's Application for Admission to Practice Pro Hac Vice (#67) of Matthew Culp is **GRANTED**, and

Matthew Culp is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jason R. Benton.

Signed: August 5, 2015

Dennis L. Howell
United States Magistrate Judge