THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

MINERVA McSWAIN, individually )
and as Executrix of the Estate of )
Buren Edward McSwain, deceased, )
                                )
            Plaintiffs,         )
                                )
    vs.                         )   **O R D E R**
                                )
AIR & LIQUID SYSTEMS            )
CORPORATION, et al.,            )
                                )
            Defendants.         )
_____ )

**THIS MATTER** is before the Court on the Notice of Bankruptcy and Automatic Stay of Proceedings filed by the Defendant Sepco Corporation. [Doc. 149].

The Defendant Sepco Corporation has filed a notice with the Court indicating that it has filed a voluntary bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on January 14, 2016. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2014); see also 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the

commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor"). Accordingly, the Court will consider this action stayed as to the Defendant Sepco Corporation only.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to the Defendant Sepco Corporation only until further Order of the Court. All other claims pending in this action remain unaffected by this stay.

**IT IS SO ORDERED**.

Signed: February 12, 2016

Martin Reidinger
United States District Judge