# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on Mona Lisa Wallace's Application for Admission to Practice *Pro Hac Vice* of Jonathan Marshall Holder. It appearing that Jonathan Marshall Holder is a member in good standing with the South Carolina State Bar and will be appearing with Mona Lisa Wallace, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mona Lisa Wallace's Application for Admission to Practice Pro Hac Vice (#166) of Jonathan Marshall Holder is

**GRANTED**, and that Jonathan Marshall Holder ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Mona Lisa Wallace.

Signed: June 29, 2016

Dennis L. Howell
United States Magistrate Judge