IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased,<br><br>  Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>  Defendants. | ORDER |

**THIS MATTER** is before the Court on Marlowe Rary, III's Application for Admission to Practice *Pro Hac Vice* of Sabrina Stone. It appearing that Sabrina Stone is a member in good standing with the Texas State Bar and will be appearing with Marlowe Rary, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Marlowe Rary, III's Application for Admission to Practice Pro Hac Vice (#170) of Sabrina Stone is **GRANTED**,

and that Sabrina Stone is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Marlowe Rary, III.

Signed: August 31, 2016

Dennis L. Howell
United States Magistrate Judge