IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv130

| | |
|---|---|
| MINERVA MCSWAIN, individually and as executrix of the Estate of Buren Edward McSwain,<br><br>    Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | ORDER |

Pending before the Court is the Joint Motion for Reconsideration [# 177]. Previously, the Court denied a Joint Motion for Extension of Time of Scheduling Order Deadlines. (Order, Jan. 13, 2017, ECF No. 176.) The Court denied the motion because the parties failed to set forth sufficient grounds for extending the deadline at issue. The parties now jointly request reconsideration of that Order and request that the Court extend the expert report deadlines. Upon a review of the motion and the record, the Court finds that the parties have now set forth sufficient grounds for extending the expert report deadlines in this case. Accordingly, the Court **GRANTS** the motion [# 177]. The Court **EXTENDS** the expert report deadlines For Plaintiff until March 3, 2017, and for Defendants until March 17, 2017.

Signed: January 26, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge