IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Marla Tun Reschly's Application for Admission to Practice *Pro Hac Vice* of Gregory R. Youman. It appearing that Gregory R. Youman is a member in good standing with the State Bars of Massachusetts and New York and will be appearing with Marla Tun Reschly, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Marla Tun Reschly's Application for Admission to Practice Pro Hac Vice (#182) of Gregory R. Youman is

**GRANTED**, and that Gregory R. Youman ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Marla Tun Reschly.

Signed: March 1, 2017

Dennis L. Howell
United States Magistrate Judge