THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AIR & LIQUID SYSTEMS )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 198].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 198] is **GRANTED**, and the Plaintiffs' claims against Defendant Carboline Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 1, 2017

IT IS SO ORDERED.

Martin Reidinger
United States District Judge