# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | | |
|---|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 196].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 196] is **GRANTED**, and the Plaintiffs' claims against Defendant Air & Liquid Systems Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 1, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge