THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

MINERVA McSWAIN, Individually )
and as Executrix of the Estate of )
BUREN EDWARD McSWAIN, )
 )
 Plaintiffs, )
 )
 vs. )  **O R D E R**
 )
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
 )
 Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 195].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 195] is **GRANTED**, and the Plaintiffs' claims against Defendant J.R. Clarkson Company are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: May 1, 2017

Martin Reidinger
United States District Judge