THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) AIR & LIQUID SYSTEMS CORPORATION, et al., ) ) ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On March 31, 2016, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before April 15, 2017. [Doc. 156]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: May 1, 2017

Martin Reidinger
United States District Judge