IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on Jennifer M. Techman's Application for Admission to Practice *Pro Hac Vice* of John A. Heller. It appearing that John A. Heller is a member in good standing with the Illinois State Bar and will be appearing with Jennifer M. Techman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Jennifer M. Techman's Application for Admission to Practice Pro Hac Vice (#249) of John A. Heller is

**GRANTED**, and that John A. Heller is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jennifer M. Techman.

Signed: May 10, 2017

Dennis L. Howell
United States Magistrate Judge