THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

MINERVA McSWAIN, Individually )
and as Executrix of the Estate of )
BUREN EDWARD McSWAIN, )
                                                         )
                    Plaintiffs, )
                                                         )
          vs.                                      )          **O R D E R**
                                                         )
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
                                                         )
                    Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Weir Valves & Controls, USA, Inc., d/b/a Atwood & Morrill Co., Inc. [Doc. 264].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 264] is **GRANTED**, and the Plaintiffs' claims against Defendant Weir Valves & Controls, USA, Inc., d/b/a Atwood & Morrill Co., Inc. (improperly sued as Weir Valves & Controls USA, Inc., Individually and as Successor in Interest to Atwood & Morrill Co., Inc.) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 29, 2017

Martin Reidinger
United States District Judge