THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Anchor Darling Valve Company [Doc. 265].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 265] is **GRANTED**, and the Plaintiffs' claims against Defendant Anchor Darling Valve Company, sued as Flowserve Corporation, Individually and as Successor in Interest to Anchor Darling Valve Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: May 29, 2017

Martin Reidinger
United States District Judge