**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:15-cv-00130-MR-DLH**

| | | |
|---|---|---|
| **MINERVA McSWAIN, Individually** | ) | |
| **and as Executrix of the Estate of** | ) | |
| **BUREN EDWARD McSWAIN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **AIR & LIQUID SYSTEMS** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant Airgas USA, LLC's Motion for Summary Judgment [Doc. 225] and the parties' Joint Motion to Dismiss [Doc. 291].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 291] is **GRANTED**, and the Plaintiffs' claims against Defendant Airgas USA, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Airgas USA, LLC's Motion for Summary Judgment [Doc. 225] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 31, 2017

Martin Reidinger
United States District Judge