# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on William Marc Graham's Application for Admission to Practice *Pro Hac Vice* of Jessica Michelle Dean. It appearing that Jessica Michelle Dean is a member in good standing with the Texas State Bar and will be appearing with William Marc Graham, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William Marc Graham's Application for Admission to Practice Pro Hac Vice (#297) of Jessica Michelle

Dean is **GRANTED**, and that Jessica Michelle Dean is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William Marc Graham.

Signed: June 7, 2017

Dennis L. Howell
United States Magistrate Judge