# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-130

| | |
|---|---|
| MINERVA McSWAIN, Individually, and as Executrix of the Estate of BUREN EDWARD McSWAIN, deceased, ) ) ) ) Plaintiffs, ) ) vs. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on Jennifer M. Techman's Application for Admission to Practice *Pro Hac Vice* of Ivan A. Gustafson. It appearing that Ivan A. Gustafson is a member in good standing with the Georgia State Bar and will be appearing with Jennifer M. Techman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jennifer M. Techman's Application for Admission to Practice Pro Hac Vice (#311) of Ivan A. Gustafson

is **GRANTED**, and that Ivan A. Gustafson is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jennifer M. Techman.

Signed: June 26, 2017

Dennis L. Howell
United States Magistrate Judge