THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice [Doc. 323].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 323] is **GRANTED**, and the Plaintiff's claims against Defendant BW/IP, Inc. and its wholly-owned subsidiaries (incorrectly named in the Complaint as: "BW/IP, Inc. A Subsidiary of Flowserve Corporation" and "Flowserve Corporation, Individually and as Successor to Byron Jackson Pump Company") are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: July 17, 2017

Martin Reidinger
United States District Judge