THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, ) ) ) ) Plaintiff, ) ) vs. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 327].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 327] is **GRANTED**, and the Plaintiff's claims against Defendant Ingersoll-Rand Company hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: July 26, 2017

Martin Reidinger
United States District Judge