THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

MINERVA McSWAIN, Individually )
and as Executrix of the Estate of )
BUREN EDWARD McSWAIN, )
                                  )
          Plaintiff, )
                           )
    vs. )          O R D E R
                           )
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
                           )
          Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Crosby Valve LLC [Doc. 337].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 337] is **GRANTED**, and the Plaintiff's claims against Defendant Crosby Valve LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 16, 2017

Martin Reidinger
United States District Judge