THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00130-MR-DLH

| | |
|---|---|
| MINERVA McSWAIN, Individually and as Executrix of the Estate of BUREN EDWARD McSWAIN, </br></br>Plaintiff, </br></br>vs. </br></br>AIR & LIQUID SYSTEMS CORPORATION, et al., </br></br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Fisher Controls International, LLC [Doc. 338].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 338] is **GRANTED**, and the Plaintiff's claims against Defendant Fisher Controls International, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 16, 2017

Martin Reidinger
United States District Judge